GENERAL HOUSEHOLD UTILITIES COMPANY v. MULLINS MANUFACTURING CORPORATION.

No. 6220.

Circuit Court of Appeals, Seventh Circuit.

Sept. 11, 1937.

John A. Marzall and Ballard Moore, both of Chicago, Ill., for appellant.

Stuart G. Barnes and John M. Kisselle, both of Detroit, Mich., and Raymond E. Fidler, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

This cause coming on to be heard upon motion of counsel for appellee for an order dismissing the appeal herein under rule 20 of this court, it is ordered, adjudged, and decreed that the motion of appellee for an order dismissing the appeal of the above-entitled cause in this court is granted and that the appeal herein be, and is hereby, dismissed.

■

Alvin GOETTE et al., Appellants, v. C. C. McDONALD, Co. Atty., County of Yolo, et al., Appellees.

No. 8517.

Circuit Court of Appeals, Ninth Circuit.

Oct. 11, 1937.

J. L. Royle, of Fresno, Cal., and Grove J. Fink, of San Francisco, Cal., for appellants.

C. C. McDonald, Dist. Atty., and Percy Napton, Deputy, both of Woodland, Cal., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of appellees, and consent of appellants, ordered temporary restraining order herein be dissolved, and that the appeal herein be dismissed, that a decree be filed and entered accordingly, and that the mandate of this court herein issue forthwith.

■

The GULF REFINING COMPANY, Appellant, v. Louis W. FETSCHAN, Appellee.

No. 7273.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1937.

Maxwell & Ramsey, of Cincinnati, Ohio, for appellant.

Harry A. Abrams, Frank R. Gusweiler, and Ralph B. Kohnen, all of Cincinnati, Ohio, for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to motion of counsel for appellant